# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-40264
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
December 5, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Paula Andrea Ramirez-Lozano,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:24-CR-474-2

————————————————————————

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Defendant-Appellant Paula Andrea Ramirez-Lozano appeals following her guilty plea conviction for conspiracy to transport an alien within the United States. As her sole issue on appeal, Ramirez-Lozano asserts that the statement of reasons contains clerical errors with respect to the district court's imposition of a two-level downward departure pursuant to U.S.S.G.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

§ 5K3.1. She specifically contends that the statement of reasons incorrectly lists her total offense level as eight rather than six. In turn, she claims that the district court's oral pronouncement of her sentence, which granted the Government's motion for a downward departure under § 5K3.1, conflicts with the statement of reasons that failed to reflect this ruling.

Pursuant to Federal Rule of Criminal Procedure 36, "the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." FED. R. CRIM. P. 36. Here, we conclude that the statement of reasons does not contain any clerical error for two reasons. First, her contention that the statement of reasons incorrectly reflects her total offense level as eight, rather than six, lacks merit because the statement of reasons requires a district court to note its determination of the guidelines range *before* applying any departures or variances. Second, the district court explicitly noted the § 5K3.1 departure in the statement of reasons, but acknowledged that the motion did not affect Ramirez-Lozano's sentence guidelines range. Accordingly, we AFFIRM the judgment of the district court.